**FILED**
2022 Sep-06 PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

John Tomes )
_____ )
*Plaintiff* )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
)
-v- )  Case No. _1:22 CV 1140-MHH-SGC_
)  *(to be filled in by the Clerk's Office)*
)
)
)
)
)
Cheron Nash, Celia Hansen )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name                                John Tomes

All other names by which
you have been known:

ID Number                           65925-112

Current Institution                 McCreary USP

Address                             P.O. Box 3000

Pine Knot                    KY          42635
_City_                   _State_      _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                        Cheron T. Nash

Job or Title *(if known)*    Warden in 2020 (now retired)

Shield Number

Employer                    Talladega FCI

Address                     PMB 2000

Talladega              AL          35160
_City_              _State_      _Zip Code_

☐  Individual Capacity    ☑ Official Capacity

Defendant No. 2

Name                        Talladega FCI

Job or Title *(if known)*    Prison

Shield Number

Employer                    BOP

Address

Talladega              AL          35160
_City_              _State_      _Zip Code_

☐  Individual Capacity    ☐  Official Capacity

2

Defendant No. 3

Name _Ceba Hansen_

Job or Title *(if known)* _Health Administrator at Talladega during 2020_

Shield Number _____

Employer _Talladega FCI_

Address _PMB 2000_

_Talladega_            _AL_        _35160_
City                  State       Zip Code

☐ Individual Capacity    ☐ Official Capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

City                  State       Zip Code

☐ Individual Capacity    ☐ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

3

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Eighth amendment, the prison conditions failed to meet a reasonable standard in regards to healthcare.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Ms Nash was acting Warden, during six months they had no dentist present at the prison to address dental issues.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial Detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☑  Convicted and sentenced federal prisoner

☐  Other _____
    *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Between April 2020 & October 2020 I was denied dental care that led to the removal of back right moller.

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

On April 2020 - October 2020, the denial started in April, with the loss occurring October 2020

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was denied dental care that led to the loss of a tooth. (Caused moller to rot out.)

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Constant toothache, abcess tooth, & eventually the loss of the tooth

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to award me damages for my denial of dental care for six months, & the loss of my back moller tooth on the right side. I made several request to see the dentist in 2020 at FCI Talladega. I had a severe toothache & headache, the staff at Health Services informed me no dentist was on staff. The pain was caused by wisdom tooth pressing into my moller. The wisdom tooth eventually pressed into the moller & cracked the tooth & then proceeded to rot out. By the time the dentist arrived he informed me that he could not salvage the tooth & it had to be removed. I am asking for 25,000 in damages because of the suffering & loss of tooth. Also 25,000 in punitive damages.

5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Talladega FC. I

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☑ No

☐   Do not know

If yes, which claim(s)?

_____

_____

6

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐   Yes

☑   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☑   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

_____

_____

_____

_____

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

I was not aware that my tooth was ~~exposed~~ compromised.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I informed Health Services repeatedly of my pain.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

Western District of Kentucky, Louisville Division.

_____

_____

_____

_____

8

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   John Tomes

Defendant(s)   Jeff Tyndall, Mike Simpson

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Western District

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

Judge Hale

5.   Approximate date of filing lawsuit

November, 2019

6.   Is the case still pending?

☐   Yes

☑   No

If no, give the approximate date of disposition.   N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

Case dismissed

9

## IX.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff        John Tomes

Prison Identification #          65925-112

Prison Address                   McCreary USP

                                 Pine Knot              KY          42635
                                   *City*               *State*     *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        8-3-22
                     *(Date)*

                   John D. Tomes
                 Signature of Plaintiff

10

Northern District of Alabama

John Tomes,
Plaintiff

Complaint

Civil Action No. ____

V.

Cheron Nash in her official &
individual capacity

1. This is civil action authorized by Bivens to redress the deprivation, under color of federal law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 & 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 & 2202.

2. The Northern District of Alabama is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this rise to this claim occurred.

3. Plaintiff, John Tomes, is and was at all times mentioned herein a prisoner Federal government in the custody of the Federal Bureau of Prisons. I am currently confined in McCreary USP, in Pine Knot, KY.

Defendant, Cheron T. Nash was the Warden at Talladega FCI. She was legally responsible for the operation

of Talladega FCI and for the welfare of all the inmates in that prison at all times mentioned through this.

4.      Defendant,                              is the Health of Talladega FCI who, at all times mentioned in this complaint, held the rank of Health

5. Each individual is sued individually & in her official capacity. At all times mentioned in this complaint each defendant acted under the color of federal law.

6.      Starting in April of 2020 I begin to inform health officials a Talladega about severe headaches & toothaches that I was experiencing. The initial incident was during a yearly physical when I informed Dr. Holbrook of the pain I was experiencing. The pain was so severe that he feared a potential aneurysm, which I later had an MRI to check for any early evidence of aneurysm. During the following months I put in several sick calls to address the severe toothache & headaches I was having. The staff informed me that there wasn't a dentist on staff and instructed me to take Ibuprofen to deal with the pain. I ~~continued verbal~~ continuously placed verbal & written request and the pain continued to increase. They continued to inform me that they were searching for a dentist & they would see me once they hired one. At the end of September or beginning of October I finally saw the dentist & after an X-Ray he informed

me that my wisdom tooth on the bottom right side had pushed into my back moller + caused abcess. At this point there was nothing he could do to save the tooth because the tooth had rotted out. He also said this was the cause of the pain. I ~~lost~~ had my back right moller removed shortly after the initial meeting.

7.    I have been unable to obtain the medical records a this point, although I have put in several request with Talladega FCI + McCreary USP. That is the reason my dates are inexact, but my records will verify my claims.

8.    The injury occurred after several request to Health Services, I was obviously unaware of the degree of injury sustained, so I never went through a grievance beyond putting in sickcalls (medical request) + verbally explaining the increasing pain to health services personnel.

9.    The deliberate indifference violated my rights + constituted cruel + unusual punishment under the Eighth Amendment to the United States.

10.    I have been irreparably injured by the conduct of the defendants. I have no plain, adequate, or complete remedy to redress the wrongs described herein. I pray that this courts grants declatory relief to rectify this wrong.

11.    Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

12.    A declaration that the acts + omissions described herein violated plantiff's rights under the Constitution + laws of the United States.

Compensatory damages in the amount of $25,000 against each defendant, jointly or/and severally.

Punitive damages in the amount of $25,000 against each defendant

A jury trial on all issues triable by jury, plantiff's costs in this court, any additional relief this court deems just, proper, + equitable.

Dated 8-16-22

John Tomes
Pine Knot, KY 42635
P.O. Box 3000
USP McCreary
I have read the foregoing complaint + hereby verify that the matters alleged therein are true, except as to matters alleged on information + belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true + correct.
Executed at Pine Knot, KY on 8-16-22.

John J. Tomey,
~~Bd.~~ John G. Tomes Jr.